# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2024 ND 57

In the Interest of J.D., a Child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| J.D., Child; J.D. Father; | Respondents |
| and | |
| J.D., Mother; | Respondent and Appellant |

## No. 20240059

Appeal from the Juvenile Court of Morton County, South Central Judicial District, the Honorable Tessa M. Vaagen, Judicial Referee.

AFFIRMED.

Per Curiam.

Joshua D. Breeze, Assistant State's Attorney, Mandan, ND, for petitioner and appellee; submitted on brief.

Justin M. Balzer, Bismarck, ND, for respondent and appellant; submitted on brief.

**Interest of J.D.**
**No. 20240059**

**Per Curiam.**

[¶1]   J.D., the mother, appeals from the juvenile court's findings of fact and order terminating parental rights to her child, J.D. The mother argues the court erred in finding clear and convincing evidence supported termination of her parental rights. We summarily affirm.

[¶2]   The juvenile court found the child was in need of protection because the home the child and mother shared had drugs and drug paraphernalia. The court found the conditions and causes of the need for protection are likely to continue or will not be remedied and the child is suffering or probably will suffer serious physical, mental, moral, or emotional harm. The court's findings were not induced by an erroneous view of the law, evidence exists to support the findings, and, on the entire record, this Court is not left with a definite and firm conviction a mistake was made. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Jon J. Jensen, C.J.
         Daniel J. Crothers
         Lisa Fair McEvers
         Jerod E. Tufte
         Douglas A. Bahr

1